United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-61030
Conference Calendar

_____

DON FAIRFIELD,

Plaintiff-Appellant,

versus

WARDEN YUSUFF; KATHLEEN HAWK SAWYER, Bureau of
Prisons Director,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:02-CV-117-RG
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Don Fairfield, federal prisoner # 00875-018, appeals the

district court's dismissal of his petition for a writ of habeas

corpus, filed pursuant to 28 U.S.C. § 2241. Fairfield's petition

stemmed from his conviction and sentence for assaulting an

employee of the United States Postal Inspection Service with a

deadly weapon in violation of 18 U.S.C. § 111.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The district court did not err in dismissing the petition. All of Fairfield's claims pertain to alleged errors that occurred at or prior to sentencing, and thus are not cognizable under 28 U.S.C. § 2241.  See Pack v. Yusuff, 218 F.3d 448, 451 (5th Cir. 2000).  Fairfield's claims also do not satisfy the test for filing a 28 U.S.C. § 2241 petition pursuant to the 28 U.S.C. § 2255 savings clause.  See Henderson v. Haro, 282 F.3d 862, 863 (5th Cir. 2002).

This appeal is without arguable merit and is thus frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED.  See 5TH CIR. R. 42.2.  All outstanding motions are DENIED.

APPEAL DISMISSED; MOTIONS DENIED.